UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIENNE MERTENS, MICHAEL HENDERSON, CASEY MALTOS ROBERT DAVIS, COLE SNIDER, TERRY TEAGUE, MARTIN GOMEZ, JOHN MILLEMAN, WILLIAM URICH, PAUL VALENCIA, CHRIS STANFILL, ZACKERY LANGE, DALE MARTINEZ, KELVIN FORSTER, JONATHAN SPENCER, RANDEL PHILLIPS, VINCENT TORRIE, and DOUG BRIDGEFORTH,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | CASE NO. 2:17-cv-05602<br><br>**FINAL JUDGMENT AND ORDER TO DISMISS PLAINTIFFS' CLAIMS WITH PREJUDICE**<br><br>Action Filed: July 28, 2017<br>Judge: Hon. Stephen V. Wilson |

The Court, having approved the Parties' proposed settlement agreements on March 7, 2018, now takes up Plaintiff's Unopposed Request for Entry of Final Judgment and Order of Dismissal.

Pursuant to the terms of settlement approved by this Court on March 7, 2018 (Doc. No. 35), all claims that Plaintiffs have or may have arising out of this lawsuit, as more fully set forth and described in Paragraph 1 of the Settlement Agreement (Doc. No. 30-3), are resolved and dismissed with prejudice, with each party to bear its own costs in accordance with the terms of the settlement agreements.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, in accordance with the Parties' settlement agreements, final judgment is entered, and this matter is hereby **DISMISSED WITH PREJUDICE**.

**DATED:** June 7, 2018

STEPHEN V. WILSON
United States District Judge